USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASEEN TRAYNOR, *also known as* YASEEN TRAYLOR, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

MOUSER ELECTRONICS, INC.,

    Defendant.

No. 19-CV-8950 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Any application to reopen this action must be filed within sixty (60) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

It is further ORDERED that the initial conference scheduled for January 17, 2020 is hereby adjourned *sine die*.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 14, 2020
           New York, New York

Ronnie Abrams
United States District Judge